**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**REGINALD DAVIS**                                                                    **PLAINTIFF**

**v.**                              **Case No.: 4:19-cv-643-LPR**

**PULASKI COUNTY ARKANSAS,** *et al.*                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed today and Orders previously filed in this case, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered in favor of Pulaski County, Sheriff Eric Higgins, Debra Ann Dillard, Nicole Nelson, and Andrew McEwen on all claims asserted against them; that judgment be entered in favor of Deirdra Vester and Turn Key Health Clinics, LLC on the medical malpractice claims asserted against them; and that all other claims in the case be dismissed without prejudice.

IT IS SO ADJUDGED this 8th day of July 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE